44

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| WRIGHT PETROLEUM COMPANY INC. | § | |
| AND WILLIAM E. WRIGHT JR. | § | |
| Plaintiffs, | § | CIVIL CAUSE NO. 97-179 |
| | § | |
| VS. | § | |
| | § | |
| THE TRAVELERS INSURANCE COMPANY | § | |
| and CARLISLE INSURANCE AGENCY, INC., | § | |
| Defendants. | § | |

## ORDER

Before this Court are several pretrial motions that appear as "pending" on the computerized six-month report. Upon careful consideration, this Court finds the following:

| | |
|---|---|
| 3-2 | Motion to Remand to 197th District Court of Willacy for Costs is DENIED. |
| 5-1 | Motion to Extend Time is GRANTED. |
| 10-1 | Motion for Summary Judgment by The Travelers Insurance is DENIED. |
| 12-1 | Motion to Continue by Wright Petroleum Company is GRANTED. |
| 14-1 | Motion to Extend Time to Respond is GRANTED. |
| 15-1 | Motion to Dismiss by Carlisle Insurance is DENIED. |
| 16-1 | Motion to Strike is DENIED. |

IT IS SO ORDERED.

DONE this 1st day of October, 1998 in Brownsville, Texas.

Filemon B. Vela
United States District Judge