49

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 13 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

WRIGHT PETROLEUM COMPANY, INC. *
ET AL *
    VS *    C.A. B97 179
     *
THE TRAVELERS INSURANCE CO., *
ET AL

## O R D E R

Before this Court are numerous pretrial motions. Upon consideration of the pending motions in light of the record and the applicable law, this Court is of the opinion that

    30.1:    Motion for Extension of Discovery of Deadlines and for new Scheduling Order should be granted;

    32.1:    Motion for clarification of Order should be denied;

    34.1:    Motion for Protection should be denied;

    36.1:    Motion to Compel should be granted;

    37.1:    Joint Motion to Extend Discovery should be denied;

    45.1:    Motion to Extend Plaintiffs' Time to Respond to Motion to Abate should be granted; and

    43.1:    Motion to Abate should be denied.

IT IS SO ORDERED.

DONE at Brownsville, Texas, this 12th day of November, 1998.

_[signature]_
John Wm. Black
United States Magistrate Judge