lmv

50

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

```
WRIGHT PETROLEUM COMPANY, INC., ET AL    *
                                         *
           VS                            *   C.A. NO. B97 179
                                         *
THE TRAVERLERS INSURANCE COMPANY, ET AL  *
```

United States District Court
Southern District of Texas
ENTERED
NOV 13 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

## SCHEDULING ORDER

On this day came on to be considered a **motion for extension of docket dates** in the above-entitled and numbered cause of action, accordingly:

IT IS HEREBY ORDERED THAT:

(1) All discovery in this case must be completed by **March 10, 1999**.

(2) All other motions, including joinder of parties must be filed no later than ten (10) days after the completion of discovery.

(3) A joint pretrial order, which conforms to the requirements of Appendix B of the Local Rules for the United States District Court for the Southern District of Texas shall be filed no later than **April 9, 1998.**

**THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADING. FAILURE TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED, WILL RESULT IN SANCTIONS OR DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION, AS APPROPRIATE.**

(4) A final pretrial and settlement conference is set for **April 22, 1999, 2:00 p.m**.

(5) Trial on the merits is set for **May 1999**, docket call.

DONE at Brownsville, Texas, on **November 12, 1998.**

John Wm. Black
United States Magistrate Judge

5

United States District Court
Southern District of Texas
ENTERED

NOV 1 3 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION -

| | | |
|---|---|---|
| U.S INTER-MEX TRANSPORTATION, INC., LYNN WARREN BRYANT and RAMIRO ESCOBAR, Individually, Plaintiff | § § § § § § | |
| VS. | § § § § | CIVIL ACTION NO. B-98-66 JURY |
| LYNN NORDQUIST, Defendant | | |

### ORDER

Pending before this Court is Defendant Lynn Nordquist's First Supplemental Motion to Dismiss for Improper Venue. Having considered Defendant's arguments and authorities, the Court **ORDERS** that said Motion be **GRANTED**.

DONE at Brownsville, Texas, on the 12 of November 1998.

_____
Hilda G. Tagle
United States District Judge