#52

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 1 0 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| WRIGHT PETROLEUM COMPANY, INC., et. al., § | |
| Plaintiffs § | |
| § | |
| vs. § | Civil Action B97-179 |
| § | |
| THE TRAVELERS INSURANCE CO., et. al., § | |
| Defendants. § | |

ORDER

Pending before the Court is Defendants', Travelers Indemnity and Travelers of Connecticut, Motion for Protection. Defendants request that the Court grant the Motion for Protection until such time as their Motion to Abate has been heard. Said Motion to Abate was denied on September 12, 1999 by United States Magistrate Judge John Wm. Black rendering their Motion for Protection MOOT.

It is therefore ORDERED that Defendant's Motion for Protection [39-1] is DENIED.

DONE this 10th day of March, 1999 in Brownsville, Texas.

Filemon B. Vela
United States District Judge