54

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
APR 1 6 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| WRIGHT PETROLEUM COMPANY, INC. and WILLIAM E. WRIGHT, JR. § § § Plaintiffs, § § vs. § § THE TRAVELERS INSURANCE § COMPANY and CARLISLE INSURANCE § AGENCY, INC. § § Defendant. § | CIVIL ACTION NO. B-97-179 |

## SCHEDULING ORDER

On this day came on to be considered a motion for extension of docket dates in the above-entitled and numbered cause of action, accordingly:

IT IS HEREBY ORDERED THAT:

(1) All discovery in this case must be completed by June 8, 1999.

(2) All other motions, including joinder of parties must be filed no later than ten (10) days after the completion of discovery.

(3) A joint pretrial order, which conforms to the requirements of Appendix B of the Local Rules for the United States District Court for the Southern District of Texas shall be filed no later than July 8, 1999.

**THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADING. FAILURE TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED, WILL RESULT IN SANCTIONS OR DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION, AS APPROPRIATE.**

(4) A final pretrial and settlement conference is set for July 16, 1999, 3:00 p.m.

(5) Trial on the merits is set for September, 1999 docket call.

DONE at Brownsville Texas, on April 16, 1999.

John Wm. Black
UNITED STATES MAGISTRATE JUDGE