IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



United States District Court
Southern District of Texas
FILED

JUN 0 1 1999

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| WRIGHT PETROLEUM COMPANY, INC. and WILLIAM E. WRIGHT, JR. | § § § | |
| Plaintiffs, | § § | |
| vs. | § § | CIVIL ACTION B-97-179 |
| THE TRAVELERS INSURANCE COMPANY and CARLISLE INSURANCE AGENCY, INC. | § § § § | |
| Defendant. | § § | |

## ORDER GRANTING PLAINTIFFS' SECOND MOTION TO REMAND

On this day came on to be heard Plaintiffs' Second Motion to Remand and For Costs and Expenses and the Court, after consideration of all arguments and authorities, is of the opinion that said motion is well-taken and should be granted. Accordingly, it is, therefore

ORDERED that the entirety of the above-styled and numbered cause be immediately remanded to the 197th Judicial District Court of Willacy County, Texas; it is, further

ORDERED that the Clerk of the Court shall mail a certified copy of this order to the clerk of the 197th Judicial District Court of Willacy County, Texas.

SIGNED and ENTERED this 1st day of June, 1999.

_____
UNITED STATES DISTRICT JUDGE

5